AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 8:07CR356 |
| Marcus D. Wheeler ) | USM No: 21911-047 |
| ) | David R. Stickman |
| Date of Previous Judgment: 12/10/2008 ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  66 Months  months **is reduced to**  60 Months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 24 | Amended Offense Level: | 22 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 60 to 71 months | Amended Guideline Range: | 60 to ___ months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated  12/10/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   12/19/2011                                           s/Joseph F. Bataillon
                                                                    *Judge's signature*

Effective Date:   12/19/2011                              Joseph F. Bataillon, U.S. District Judge
               *(if different from order date)*                     *Printed name and title*